UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| ANTHONY BUSSIE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:14-CV-345-JAR |
| | ) | |
| JOHN BOEHNER, et al., | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915(g).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

Dated this 27th day of February, 2014.

_____
**JOHN A. ROSS**
**UNITED STATES DISTRICT JUDGE**